UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTES

| | | | |
|---|---|---|---|
| Case Title : | Dunmore Homes, Inc. | Case No : | 08-20569 - B - 11 |
| | | Date : | 9/2/08 |
| | | Time : | 09:30 |
| Matter : | [819] - Motion/Application to File Claim After Claims Bar Date [PM-1] Filed by Creditors JMP Realty Trust, Inc., JMP Securities LLC (sbes) | | |
| Judge : | Thomas Holman | | |
| Courtroom Deputy : | Sheryl Arnold | | |
| Reporter : | Diamond Reporters | | |
| Department : | B | | |

APPEARANCES for :
Movant(s) :
Respondent(s) :

MOTION was :

To be continued to the omnibus hearing date to be set in October, 2008 for the reasons stated in the disposition below. The court will issue a minute order.

Disposition Without Oral Argument: Oral argument will not aid the court in rendering a decision on this matter.

The motion is continued to the omnimbus hearing date to be set in October, 2008. Within three court days after the omnibus hearing date for October, 2008 is set, movant JMP Realty Trust shall serve a notice of continued hearing on the appropriate parties in interest in accordance with the amended and restated interim order (Dkt. 321), which establishes notice, case management, and administrative procedures in this case, and the Local Bankruptcy Rules to the extent applicable. Movant shall also file the notice of continued hearing with the court. Proof of service shall be filed within three court days thereafter. LBR 9014-1(e)(2). If the movant fails to do any of the foregoing, the motion will be denied without prejudice.

The court will issue a minute order.