# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTES

| | |
|---|---|
| **Case Title :** | Dunmore Homes, Inc. |
| **Case No :** | 08-20569 - B - 11 |
| **Date :** | 10/7/08 |
| **Time :** | 02:30 |

| | |
|---|---|
| **Matter :** | [889] – Joint Motion/Application to Approve Compromise under Rule 9019 [PSZ-23] Filed by Debtor In Possession Dunmore Homes, Inc. (wlos) |

**OPPOSED**

| | |
|---|---|
| **Judge :** | Thomas Holman |
| **Courtroom Deputy :** | Sarah Head |
| **Reporter :** | Diamond Reporters |
| **Department :** | B |

**APPEARANCES for :**
**Movant(s) :**
    Debtor(s) Attorney – Richard Pachulski
**Respondent(s) :**
    Creditor's Attorney – Adam Lewis for Unsecured Creditors' Committee, Vincent Novak for Unsecured Creditors' Committee (by phone), Chad Schexnayder for Travelers Bond (by phone), Beth Young for Sidney Dunmore, Geraldine Freeman for Comerica Bank, Thomas Phinney for Taberna Capital Management, LLC, Frank Pepler for JMP
**(by phone)**     Interested Party – Leon Szlezinger, Gregory Hughes, Christopher Hughes

MOTION was :
Findings of fact/conclusions of law stated orally on record

Granted. Motion to approve tolling agreement withdrawn without prejudice. The objections are overruled.

| | |
|---|---|
| **ORDER TO BE PREPARED BY :** | Richard Pachulski |
| **ORDER TO BE APPROVED BY :** | Comerica Bank |